# Third District Court of Appeal

## State of Florida

Opinion filed March 22, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D23-216
Lower Tribunal No. F99-1602C

————————

**Joseph Seme,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Teresa Pooler, Judge.

Joseph Seme, in proper person.

Ashley Moody, Attorney General, for appellee.

Before MILLER, GORDO and BOKOR, JJ.

PER CURIAM.

Dismissed.  See Mathews v. State, 91 So. 3d 142, 142 (Fla. 2d DCA 2012) ("The appellant's appeal of the summary denial of his motion to correct illegal sentence filed according to Florida Rule of Criminal Procedure 3.800(a) is hereby dismissed as moot."); Raines v. State, 14 So. 3d 244, 246 (Fla. 2d DCA 2009) ("At least as a general rule, a sentence cannot be challenged after it has been fully served and has expired because any sentencing issue is moot thereafter.").